UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------- X

UNITED STATES OF AMERICA

– against –

LEONID GERSHMAN,

Defendant.

------------------- X

ORDER OF RESTITUTION

Criminal Docket No. 16-CR-553

WHEREAS, defendant LEONID GERSHMAN was sentenced on December 3, 2019, in the above-captioned case,

1. This order of restitution is incorporated by reference to the Amended Judgment imposed on January 7, 2020.

2. The defendant is directed to pay restitution to the victims named and in the amounts listed in Exhibit A to this order. Exhibit A shall be kept under seal until further order of this court except that appropriate personnel of the Clerk's Office and the United States Attorney's Office shall have immediate access to it in order to make the distribution required by this order.

3. Restitution is due immediately. The total restitution amount to be paid is $1,145,339.90. *See* 18 U.S.C. § 3612(f). Monthly payments shall be made to the Clerk of the Court, United States District Court, 225 Cadman Plaza East, Brooklyn, N.Y. 11201. The payment instrument shall reference the case name and number, as set forth above.

4. The defendant is jointly and severally liable for the restitution judgment with co-defendants Aleksey Tsvetkov, Renat Yusufov and Vyacheslav Malkeyev.

5. The Clerk is directed to distribute restitution payments *pro rata* to the

two individual victims identified in Exhibit A (the first two victims listed) at least once per year to the extent funds are available to distribute. Pursuant to 18 U.S.C. § 3664(j)(1), after the first two victims have been paid in full, the Clerk is directed to distribute restitution payments *pro rata* to the institutional victim (the third victim listed in Exhibit A). The United States Department of Probation and the United States Attorney's Office are directed to provide to the Clerk whatever assistance is necessary to assure prompt distribution of restitution payments. The Clerk is directed to mail a copy of the instant document and the attachment to the Criminal Assistant assigned to the instant case and the Financial Litigation Unit of the United States Attorney's Office of the Eastern District of New York.

Dated: Brooklyn, New York
January 7, 2020

Digitally signed by Brian M. Cogan

HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE